FILED

NOT FOR PUBLICATION

NOV 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30015 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00213-KI |
| v. | |
| NAVINE SHARMA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Garr M. King, District Judge, Presiding

Submitted November 21, 2011[**]

Before:    TASHIMA, BERZON, and TALLMAN, Circuit Judges.

Navine Sharma appeals from his guilty-plea conviction and 92-month

sentence for possession with intent to distribute methamphetamine, in violation of

21 U.S.C. §§ 841(a)(1); (b)(1)(C).  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Sharma's counsel has filed a brief stating there are no grounds for relief,

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Sharma the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

Sharma's request for appointment of other counsel is **DENIED.**

**DISMISSED.**